**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE: LaTasha Brewer                                    CASE NO.: 11-11170

**DEBTOR**                                               CHAPTER 13 CASE

**MOTION BY TRUSTEE TO DEPOSIT**
**FUNDS INTO THE TREASURY**

NOW COMES Annette C. Crawford, Trustee herein, who respectfully moves this Honorable Court for an order permitting her to deposit into the Treasury of the United States, pursuant to 28 U.S.C. 2041, the sum of $3161.85 representing surplus funds belonging to the above mentioned debtor. The Trustee attempted to send the funds to the debtor; however, the check was not negotiated in 60 days.

Dated: November 08, 2016

/s/ Annette C. Crawford
Annette C. Crawford
Chapter 13 Standing Trustee
8778 Goodwood Blvd.
Baton Rouge, LA 70806
(225) 928-2531