# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: LATASHA BREWER | CASE NO. 11-11170 |
| DEBTOR | CHAPTER 13 CASE |

## ORDER DIRECTING DEPOSIT INTO TREASURY

**CONSIDERING** the Motion by Trustee to Deposit Funds into the Treasury filed by Annette C. Crawford, Trustee;

**IT IS ORDERED** that funds in the total amount of $3,161.85 be deposited into the Treasury of the United States in accordance with 28 U.S.C. §2041 by issuing a check made payable to the United States Bankruptcy Court, Middle District of Louisiana, and held for the above named debtor.

Baton Rouge, Louisiana, November 8, 2016.

s/ Douglas D. Dodd
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE